**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

February 28, 2011

### LETTER ORDER

Re:   Beam, et al. v. The Port Authority of New York and New Jersey, et al.
      **Civil Action No. 10-4778 (PGS)**

Dear Counsel:

The Court is in receipt of Defendant JetBlue Airways Corp.'s ("JetBlue") request to move for summary judgment (Docket Entry No. 18, the "Request").  Please be advised that the Court will conduct a **telephonic conference to discuss the Request on March 8, 2011 at 3:30 P.M.**; counsel for **JetBlue shall initiate the call with the Court**.  Please mark your calendars accordingly and should you have any questions please call Chambers at (973) 297-4887.

    **SO ORDERED.**


                                        *s/Esther Salas*
                                        **Esther Salas, U.S.M.J**